# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIAIA

Jon P. Freed, Jr.                                     CASE NO. 11-25634-GLT
aka Jon Freed                                         Chapter 13
Sherry L Freed
aka Sherry Freed
          Debtor(s)

Jon P. Freed, Jr.
aka Jon Freed
Sherry L Freed
aka Sherry Freed
          Movant(s)
v.

Ronda J Winnecour, Esq., Trustee
          Respondent

### DEBTORS' CERTIFICATION REGARDING ELIGIBILITY FOR DISCHARGE

     AND NOW, comes the Debtors, by and through their counsel, Louis Pomerico, Esquire, and certify under penalty of perjury that the following statements are true and correct:

     1. I/We have completed the Personal Financial Management Instructional Course from an agency approved by the United States Trustee and have filed the certificate with the Court in accordance with F.R.B.P. 1007(b)(7) provided by the following entity: **CredAbility on 9/6/11 (filed on 10/6/11 as Documents No. 17 & 18).**

     2. As of the date of this certificate, the following is true:

     a.) I have not been required by judicial or administrative order, or by statute, to pay any domestic support obligation.

     3. As of the date of this certification, the following are true:
I HAVE NOT received a discharge in a case filed under Chapter 7, 11 or 12 of this Title 11 during the 4 year period preceding the date of the Order for relief under this Chapter (see 11 USC § 1328(f).

4. As of the date of this certification, the following is true:
I HAVE NOT received a discharge in a case filed under Chapter 13 of Title 11 during the 2 year period preceding the date of the Order for relief under this Chapter (see 11 USC § 1328(f).

5. As of the date of this certification, I state that 11 U.S.C. 522(q)(1) is not applicable to my case (no election of state exemptions) and I do not have any pending proceeding in which I may be found guilty of a felony of the kind described in section *522(q)(1)(B). (See 11 USC § 1328(h).

*(i.) Violation of Federal and State securities laws.
(ii.) Fraud in a fiduciary capacity or in connection with transfer of securities.
(iii.) Civil claim under Section 1964 Title 18.
(iv.) Criminal, intentional, willful or reckless misconduct causing serious injury or death in the last 5 years.

We, Ronald H Sasse & Carla D Sasse, certify that all of the statements contained herein are true and accurate and that the Court may rely on the truth of these statements in determining whether to grant a discharge in our pending Chapter 13 case. The Court may revoke my discharge if the statements relied upon are not accurate.

Dated: 9/28/16                          /s/Jon P. Freed, Jr.
                                        Jon P. Freed, Jr.


                                        /s /   Sherry L Freed
                                        Sherry L Freed


                                        /s/Louis Pomerico
                                        Louis Pomerico, Esq.
                                        Attorney for Debtors
                                        2910 Wilmington Rd.
                                        New Castle, PA  16105
                                        PA ID# 22855
                                        724-658-7759, Fax 724-658-1956
                                        Info@pomericolaw.com