## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

FILED
9/27/16 3:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  JON P. FREED, JR.
SHERRY L. FREED
      Debtor(s)
  Ronda J. Winnecour, Trustee
    Movant
     vs.
  JON P. FREED, JR.
SHERRY L. FREED

      Respondents

Case No. 11-25634GLT

Chapter 13

Document No. 82

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __27th__ day of September, 2016, it is hereby ORDERED, ADJUDGED, and DECREED that,

    Weinstein Chiropractic Center
    Attn : Payroll Manager
    650 Cherrington Pkwy
    Coraopolis, PA 15108

is hereby ordered to immediately terminate the attachment of the wages of SHERRY L. FREED, social security number XXX-XX-1552. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of SHERRY L. FREED.

Dated: 9/27/16

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jon P. Freed  
Sherry L. Freed  
    Debtors

Case No. 11-25634-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: gamr    Page 1 of 1    Date Rcvd: Sep 27, 2016  
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2016.  
db/jdb      +Jon P. Freed, Jr.,    Sherry L. Freed,    691 Landis Rd.,    Freedom, PA 15042-9338

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2016            Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2016 at the address(es) listed below:  
      Andrew F Gornall    on behalf of Creditor    M&T BANK agornall@goldbecklaw.com,  
       bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
      Ann E. Swartz    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com  
      Louis R. Pomerico    on behalf of Debtor Jon P. Freed, Jr. info@pomericolaw.com,  
       pmcarr1920@outlook.com;loupom@aol.com  
      Louis R. Pomerico    on behalf of Joint Debtor Sherry L. Freed info@pomericolaw.com,  
       pmcarr1920@outlook.com;loupom@aol.com  
      Marisa Myers Cohen    on behalf of Creditor    M&T BANK mcohen@mwc-law.com  
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,  
       ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com  
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                            TOTAL: 8