**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Jon P. Freed Jr.** : | Case No. 11−25634−GLT |
| **aka Jon Freed** : | Chapter: 13 |
| **Sherry L. Freed** : | |
| **aka Sherry Freed** : | |
| *Debtor(s)* : | |
| : | Related to Claim No. 8 |
| M&T Bank : | |
| *Movant,* : | |
| : | |
| v. : | |
| Jon P. Freed Jr. : | |
| aka Jon Freed : | |
| Sherry L. Freed : | |
| aka Sherry Freed : | |
| Ronda J. Winnecour, Esq., Trustee : | |
| *Respondent.* : | |
| : | |

## ORDER

    **AND NOW**, this **9th day of December, 2016,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *M&T Bank* at Claim No. 8 in the above−captioned bankruptcy case,

    It is hereby *ORDERED* that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

    (1)   an *AMENDED CHAPTER 13 PLAN;*

    (2)   a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

    (3)   an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

    *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 11-25634-GLT
Jon P. Freed                                                              Chapter 13
Sherry L. Freed
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: culy                Page 1 of 1              Date Rcvd: Dec 09, 2016
                               Form ID: 237              Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 11, 2016.
db/jdb         +Jon P. Freed, Jr.,   Sherry L. Freed,   691 Landis Rd.,   Freedom, PA 15042-9338

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: camanagement@mtb.com Dec 10 2016 01:36:33      M&T BANK,   PO Box 1288,
                 Buffalo, NY 14240-1288
                                                                                                TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 9, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    M&T BANK agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Ann E. Swartz    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com
              James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Louis R. Pomerico    on behalf of Joint Debtor Sherry L. Freed info@pomericolaw.com,
               pmcarr1920@outlook.com;loupom@aol.com
              Louis R. Pomerico    on behalf of Debtor Jon P. Freed, Jr. info@pomericolaw.com,
               pmcarr1920@outlook.com;loupom@aol.com
              Marisa Myers Cohen    on behalf of Creditor    M&T BANK mcohen@mwc-law.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                TOTAL: 10