## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Jon P. Freed, Jr.** | **CASE NO. 11-25634-GLT** |
| aka Jon Freed | Chapter 13 |
| Sherry L Freed | |
| aka Sherry Freed | |
| Debtor(s) | |
| Jon P. Freed, Jr. | |
| aka Jon Freed | |
| Sherry L Freed | |
| aka Sherry Freed | |
| **Ronda J Winnecour** | |
| Movant(s) | |
| v. | |
| **None**     Respondent(s) | |

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On Sept. 6, 2011, at docket number 17 and 18, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Dated: 4/5/17

/s/Jon P. Freed, Jr.
Jon P. Freed, Jr.

/s / Sherry L Freed
Sherry L Freed

/s/Louis Pomerico
Louis Pomerico, Esq.
Attorney for Debtors
2910 Wilmington Rd.
New Castle, PA  16105

724-658-7759, Fax 724-658-1956
PA ID# 22855
Info@pomericolaw.com

**PAWB Local Form 24 (07/13**