Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Jon P. Freed Jr.** | : | Case No. 11−25634−GLT |
| aka Jon Freed | : | Chapter: 13 |
| **Sherry L. Freed** | : | |
| aka Sherry Freed | : | |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | Related to Document No. 92 |
| *Movant(s),* | : | |
| | : | Hearing Date: 6/14/17 at 11:00 AM |
| v. | : | |
| **No Respondents** | : | |
| *Respondent(s).* | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

     *AND NOW,* this **4th day of April, 2017**, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 92 by the Chapter 13 Trustee,

     It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

     (1)  **On or before May 19, 2017**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

     (2)  This Motion is scheduled for hearing on *June 14, 2017 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

     (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

     (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing*.

                                         */s/ Gregory L. Taddonio*
                                         Gregory L. Taddonio, Judge
                                         United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

```
                                     United States Bankruptcy Court
                                    Western District of Pennsylvania
In re:                                                                                  Case No. 11-25634-GLT
Jon P. Freed                                                                            Chapter 13
Sherry L. Freed
          Debtors                             CERTIFICATE OF NOTICE
District/off: 0315-2              User: jhel                      Page 1 of 3                  Date Rcvd: Apr 04, 2017
                                  Form ID: 604                    Total Noticed: 62


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2017.
db/jdb         +Jon P. Freed, Jr.,    Sherry L. Freed,    691 Landis Rd.,    Freedom, PA 15042-9338
cr             +Duquesne Light Company,    1901 Edison St.,    Glenshaw, PA 15116-1731
13173553      ++AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL,      PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: Americredit,      PO Box 183593,    Arlington, TX 76096-3593)
13173554       +Amex,    Po Box 297871,   Fort Lauderdale, FL 33329-7871
13173575       +CAPITAL ONE NA,    c/o Creditors Bankruptcy Service,     P.O. Box 740933,    Dallas TX 75374-0933
13173564      ++CITIBANK,    PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: Citi,     Po Box 183071,    Columbus, OH 43218-3071)
13173563      ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,     OFALLON MO 63368-2239
               (address filed with court: Citifinancial,      300 Saint Paul Pl,    Baltimore, MD 21202)
13173556        Cabela’s Club Visa,    WFB Visa Center,    PO Box 82608,    Lincoln, NE 68501-2608
13173558       +Chase,    Po Box 15298,   Wilmington, DE 19850-5298
13173559       +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
13208319        Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
13173560       +Chase Bank Usa, Na,    Po Box 15298,    Wilmington, DE 19850-5298
13173561       +Citi,    Po Box 6241,   Sioux Falls, SD 57117-6241
13173562       +Citi (Simplicity),    Po Box 6241,    Sioux Falls, SD 57117-6241
13173597      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Webbank/Dfs,      12234 N Ih 35 Sb Bldg B,    Austin, TX 78753)
13249163        Duquesne Light Company,    c/o Bernstein Law Firm, P.C.,     Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219
13173566       +EIS,    2323 Lake Club Dr., Ste 300,    Columbus, OH 43232-3205
13173572        IC Commercial Services,    c/o Key Bank,    PO Box 74713,    Cleveland, OH 44194-0796
13173573       +J Deere Crdt,    8402 Excelsior Dr.,    Madison, WI 53717-1909
13173578       +Mcydsnb,    9111 Duke Blvd,   Mason, OH 45040-8999
13173579       +MeriCap Credit,    3333 Warrenville Rd.,    Suite 325,    Lisle, IL 60532-1928
13173580       +National City Card Ser,    1 National City Pkwy,    Kalamazoo, MI 49009-8003
13173581       +Nationalbk,    Po Box94982 Attcredit Bur Disp Loc# 01-,     Cleveland, OH 44101-4982
13173583       +Northland Group Inc.,    PO Box 390905,    Minneapolis, MN 55439-0905
13173584       +One Main Financial f/k/a Citifinancial,     109 Wagner Rd.,    Monaca, PA 15061-2457
13318357        OneMain Financial asf CitiFinancial Inc,     P.O. Box 70911,    Charlotte, NC 28272-0911
13173585        Peoples Home Savings,    744 Chinanego Rd,    Beaver Falls, PA 15010
13173587       +Pnc Bank,    1 National City Pkwy,    Kalamazoo, MI 49009-8002
13177426       +RBS Citizens,    480 Jefferson Blvd,    RJE 135,   Warwick RI 02886-1359
13173588       +Rbs Citizens Na (CITIZENS),    1000 Lafayette Blvd,     Bridgeport, CT 06604-4725
13173589       +Richard J Boudreau & Associates, LLC,     5 Industrial Way,    Salem, NH 03079-4866
13173590       +Robert & Veronica Springer,    d/b/a Springer Truck Service,     342 Holt Rd.,
                 Aliquippa, PA 15001-9123
13173591       +Sears/Cbsd,    Po Box 6189,   Sioux Falls, SD 57117-6189
13173592       +Tract/Cbsd,    Po Box 6497,   Sioux Falls, SD 57117-6497
13173594        UPMC Passavent,    PO Box 382059,    Pittsburgh, PA 15250-8059
13173595        UPMC Physicians Services,    PO Box 371980,    Pittsburgh, PA 15250-7980
13173593       +Unvl/Citi,    Po Box 6241,   Sioux Falls, SD 57117-6241
13246265        WORLD’S FOREMOST BANK,    CABELA’S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
13173596       +Wachovia Dealer Services,    PO Box 6700,    Rancho Cucamonga, CA 91729-6700
13185178        Wells Fargo Dealer Services, Inc.,     PO Box 19657,    Irvine, CA 92623-9657
13173598       +Wfds/Wds (WACHOVIA),    Po Box 1697,    Winterville, NC 28590-1697
13173599       +Worlds Foremost Bank (Cabela’s),     4800 Nw 1st St Ste 300,    Lincoln, NE 68521-4463
13173600       +Worlds Foremost Bank N,    4800 Nw 1st St Ste 300,    Lincoln, NE 68521-4463

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 05 2017 02:03:13
                 Midland Funding LLC by American InfoSource LP as a,     PO Box 4457,    Houston, TX 77210-4457
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 05 2017 02:03:24
                 PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13173557      +E-mail/Text: cms-bk@cms-collect.com Apr 05 2017 02:02:17      Capital Management Services, L.P.,
                 726 Exchange St. Suite 700,    Buffalo, NY 14210-1464
13178587       E-mail/Text: mrdiscen@discover.com Apr 05 2017 02:02:13      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
13173565      +E-mail/Text: mrdiscen@discover.com Apr 05 2017 02:02:13      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
13173568      +E-mail/Text: ally@ebn.phinsolutions.com Apr 05 2017 02:02:12       G M A C,   Po Box 535160,
                 Pittsburgh, PA 15253-5160
13173569      +E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2017 02:03:09      Gemb/Care Credit,    Po Box 981439,
                 El Paso, TX 79998-1439
13173570       E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2017 02:03:09      Gemb/Jcp,   Po Box 984100,
                 El Paso, TX 79998
13173571      +E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2017 02:02:58      Gemb/Select Comfort,
                 Po Box 981439,    El Paso, TX 79998-1439
13225888       E-mail/PDF: rmscedi@recoverycorp.com Apr 05 2017 02:03:11      Granite Recovery LLC,
                 c/o Recovery Management Systems Corp,     25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13173574       E-mail/Text: rita.robles@key.com Apr 05 2017 02:02:17      Key Equipment,   PO Box 74713,
                 Cleveland, OH 44194-0796
```

```
District/off: 0315-2           User: jhel              Page 2 of 3               Date Rcvd: Apr 04, 2017
                               Form ID: 604            Total Noticed: 62
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13265403        +E-mail/Text: rita.robles@key.com Apr 05 2017 02:02:17      Key Equipment Finance Inc,
                 1000 S. McCaslin Blvd.,    Superior, CO 80027-9437
13173577         E-mail/Text: camanagement@mtb.com Apr 05 2017 02:02:19      M & T Bank,   1 Fountain Plaza,
                 Buffalo, NY 14203
13173576         E-mail/Text: camanagement@mtb.com Apr 05 2017 02:02:19      M & T Bank,   PO Box 62182,
                 Baltimore, MD 21264
13226404         E-mail/Text: camanagement@mtb.com Apr 05 2017 02:02:19      M&T Bank,   P.O. Box 1288,
                 Buffalo, NY 14240
13537078         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 05 2017 02:03:13       Midland Funding LLC,
                 by American InfoSource LP as agent,    PO Box 4457,    Houston, TX  77210-4457
13173582        +E-mail/Text: lauriem@newalliancefcu.com Apr 05 2017 02:02:53       New Alliance Fcu,
                 835 Merchant St,    Ambridge, PA 15003-2398
13251773         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 05 2017 02:03:24
                 Portfolio Recovery Associates, LLC.,    PO Box 41067,    Norfolk, VA 23541
13173586        +E-mail/Text: creditreconciliation@peoples.com Apr 05 2017 02:02:33       Peoples United Bank,
                 850 Main St,    Bridgeport, CT 06604-4904
                                                                                               TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               CITIFINANCIAL, INC.
cr               M&T BANK
cr               M&T Bank
13323604         CITI POB 183071 COLUMBUS OH 43218
cr*             ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                  (address filed with court:   AmeriCredit Financial Services, Inc.,    PO Box 183853,
                  Arlington, TX  76096)
cr*             ++M&T BANK,   LEGAL DOCUMENT PROCESSING,    1100 WHERLE DRIVE,    WILLIAMSVILLE NY 14221-7748
                  (address filed with court:   M&T BANK,    PO Box 1288,   Buffalo, NY  14240-1288)
13180869*       ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                  (address filed with court:   Americredit Financial Services, Inc.,    PO Box 183853,
                  Arlington TX  76096)
13173555       ##+Bank Of America,    301 Rockerimmon Blvd,   Colorado Springs, CO 80919-2303
13173567        ##Financial Asset Management Systems, Inc.,    PO Box 451409,    Atlanta, GA 31145-9409
                                                                                 TOTALS: 4, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2017                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2017 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    M&T BANK agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Ann E. Swartz    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com
              James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Louis R. Pomerico    on behalf of Debtor Jon P. Freed, Jr. info@pomericolaw.com,
               pmcarr1920@outlook.com;loupom@aol.com
              Louis R. Pomerico    on behalf of Joint Debtor Sherry L. Freed info@pomericolaw.com,
               pmcarr1920@outlook.com;loupom@aol.com
              Marisa Myers Cohen    on behalf of Creditor    M&T BANK mcohen@mwc-law.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
```

```
District/off: 0315-2          User: jhel              Page 3 of 3            Date Rcvd: Apr 04, 2017
                              Form ID: 604            Total Noticed: 62
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                       TOTAL: 10