**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JON P. FREED, JR.<br>SHERRY L. FREED<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　　Movant<br>　　vs.<br>No Repondents. | Case No.:11-25634<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2.   The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　 4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

| | |
|---|---|
| April 03, 2017 | /s/   Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/07/2011 and confirmed on 11/18/11 . The case was subsequently      Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 122,827.50 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 122,827.50 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 0.00 | |
|    Trustee Fee | 4,175.75 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,175.75 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   M & T BANK | 0.00 | 71,340.45 | 0.00 | 71,340.45 |
|     Acct: 4380 | | | | |
|   ONE MAIN FINANCIAL SVCR CITIFINANCI | 6,724.87 | 6,724.87 | 3,154.29 | 9,879.16 |
|     Acct: 2135 | | | | |
|   M & T BANK | 197.61 | 197.61 | 0.00 | 197.61 |
|     Acct: 4380 | | | | |
|   AMERICREDIT FNCL SVCS INC* | 0.00 | 30,398.60 | 0.00 | 30,398.60 |
|     Acct: XXXXXXX7133 | | | | |
| | | | | 111,815.82 |
| **Priority** | | | | |
|   LOUIS POMERICO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JON P. FREED, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY* | 77.53 | 5.09 | 0.00 | 5.09 |
|     Acct: 7001 | | | | |
|   AMEX++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX0851 | | | | |
|   BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX4938 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - | 15,156.72 | 994.87 | 0.00 | 994.87 |
|     Acct: 0765 | | | | |
|   CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX8220 | | | | |
|   CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX7980 | | | | |
|   CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX8243 | | | | |
|   MIDLAND FUNDING LLC BY AMERICAN IN | 17,079.58 | 1,121.08 | 0.00 | 1,121.08 |
|     Acct: 2051 | | | | |
|   CITIFINANCIAL INC (NON-RE*) | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: XXX9105 | | | | |
|   CITIFINANCIAL INC (NON-RE*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5225 | | | | |
|   CITIFINANCIAL INC (NON-RE*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7494 | | | | |
|   DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9950 | | | | |
|   DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5036 | | | | |
|   DISCOVER BANK(*) | 10,657.71 | 699.56 | 0.00 | 699.56 |
| Acct: 2679 | | | | |
|   DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6827 | | | | |
|   GMAC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9534 | | | | |
|   GEMB/CARE CREDIT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9401 | | | | |
|   GEMB/JCPENNEY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9682 | | | | |
|   GEMB/CARE CREDIT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1651 | | | | |
|   JOHN DEERE CREDIT CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7690 | | | | |
|   KEY EQUIPMENT FINANCE | 30,871.64 | 2,026.37 | 0.00 | 2,026.37 |
| Acct: XXXXXX7190 | | | | |
|   CAPITAL ONE NA** | 192.41 | 12.63 | 0.00 | 12.63 |
| Acct: 9112 | | | | |
|   M & T BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4380 | | | | |
|   FDS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9020 | | | | |
|   MERICAP GENERAL FINANCE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0082 | | | | |
|   NATL CITY BANK PA/SCSR INTEGRA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0543 | | | | |
|   NATL CITY BANK PA/SCSR INTEGRA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9813 | | | | |
|   NEW ALLIANCE FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6936 | | | | |
|   NEW ALLIANCE FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2902 | | | | |
|   NEW ALLIANCE FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2903 | | | | |
|   PEOPLES HOME SAVINGS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0042 | | | | |
|   PEOPLES BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0042 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6797 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7809 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9059 | | | | |
|   RBS CITIZENS | 10,694.53 | 701.98 | 0.00 | 701.98 |
| Acct: 1964 | | | | |
|   SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3648 | | | | |
|   SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9364 | | | | |
|   SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: XXX1397 | | | | |
| TRACT/CBSD++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4089 | | | | |
| CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2376 | | | | |
| UPMC REHABILITATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1158 | | | | |
| UNIVERSITY OF PGH PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0007 | | | | |
| DELL FINANCIAL SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2466 | | | | |
| DELL FINANCIAL SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9104 | | | | |
| WELLS FARGO DEALER SVCS INC | 14,369.06 | 943.17 | 0.00 | 943.17 |
| Acct: XXXX4471 | | | | |
| WORLDS FOREMOST BANK | 5,045.55 | 331.18 | 0.00 | 331.18 |
| Acct: 5858 | | | | |
| WORLDS FOREMOST BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5858 | | | | |
| AMERICREDIT** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDITOR INFORMATION MISSING OR \ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 6,835.93 |

TOTAL PAID TO CREDITORS                                                                118,651.75

TOTAL
CLAIMED           0.00
PRIORITY      6,922.48
SECURED     104,144.73

Date: 04/03/2017                                /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    JON P. FREED, JR.
    SHERRY L. FREED
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:11-25634

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                          BY THE COURT:

                          _____
                          U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 11-25634-GLT
Jon P. Freed                                                            Chapter 13
Sherry L. Freed
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 3          Date Rcvd: Apr 21, 2017
                              Form ID: pdf900         Total Noticed: 62

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 23, 2017.
```
db/jdb         +Jon P. Freed, Jr.,    Sherry L. Freed,    691 Landis Rd.,    Freedom, PA 15042-9338
cr             +Duquesne Light Company,    1901 Edison St.,    Glenshaw, PA 15116-1731
13173553      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court: Americredit,    PO Box 183593,    Arlington, TX 76096-3593)
13173554       +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
13173575       +CAPITAL ONE NA,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas TX 75374-0933
13173564      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citi,    Po Box 183071,    Columbus, OH  43218-3071)
13173563      ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
                (address filed with court: Citifinancial,    300 Saint Paul Pl,    Baltimore, MD 21202)
13173556        Cabela's Club Visa,    WFB Visa Center,    PO Box 82608,    Lincoln, NE 68501-2608
13173558       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13173559       +Chase,   800 Brooksedge Blvd,    Westerville, OH 43081-2822
13208319        Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
13173560       +Chase Bank Usa, Na,    Po Box 15298,    Wilmington, DE 19850-5298
13173561       +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
13173562       +Citi (Simplicity),    Po Box 6241,    Sioux Falls, SD 57117-6241
13173597      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                (address filed with court: Webbank/Dfs,    12234 N Ih 35 Sb Bldg B,    Austin, TX 78753)
13249163        Duquesne Light Company,    c/o Bernstein Law Firm, P.C.,    Suite 2200, Gulf Tower,
                 Pittsburgh, PA  15219
13173566       +EIS,   2323 Lake Club Dr., Ste 300,    Columbus, OH 43232-3205
13173572        IC Commercial Services,    c/o Key Bank,    PO Box 74713,    Cleveland, OH  44194-0796
13173573       +J Deere Crdt,    8402 Excelsior Dr.,    Madison, WI 53717-1909
13173578       +Mcydsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
13173579       +MeriCap Credit,    3333 Warrenville Rd.,    Suite 325,    Lisle, IL 60532-1928
13173580       +National City Card Ser,    1 National City Pkwy,    Kalamazoo, MI 49009-8003
13173581       +Nationalbk,    Po Box94982 Attcredit Bur Disp Loc# 01-,    Cleveland, OH 44101-4982
13173583       +Northland Group Inc.,    PO Box 390905,    Minneapolis, MN 55439-0905
13173584       +One Main Financial f/k/a Citifinancial,    109 Wagner Rd.,    Monaca, PA 15061-2457
13318357        OneMain Financial asf CitiFinancial Inc,    P.O. Box 70911,    Charlotte, NC 28272-0911
13173585        Peoples Home Savings,    744 Chinanego Rd,    Beaver Falls, PA 15010
13173587       +Pnc Bank,    1 National City Pkwy,    Kalamazoo, MI 49009-8002
13177426       +RBS Citizens,    480 Jefferson Blvd,    RJE 135,    Warwick RI 02886-1359
13173588       +Rbs Citizens Na (CITIZENS),    1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
13173589       +Richard J Boudreau & Associates, LLC,    5 Industrial Way,    Salem, NH 03079-4866
13173590       +Robert & Veronica Springer,    d/b/a Springer Truck Service,    342 Holt Rd.,
                 Aliquippa, PA 15001-9123
13173591       +Sears/Cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
13173592       +Tract/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
13173594        UPMC Passavent,    PO Box 382059,    Pittsburgh, PA 15250-8059
13173595        UPMC Physicians Services,    PO Box 371980,    Pittsburgh, PA 15250-7980
13173593       +Unvl/Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
13246265        WORLD'S FOREMOST BANK,    CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
13173596       +Wachovia Dealer Services,    PO Box 6700,    Rancho Cucamonga, CA 91729-6700
13185178        Wells Fargo Dealer Services, Inc.,    PO Box 19657,    Irvine, CA 92623-9657
13173598       +Wfds/Wds (WACHOVIA),    Po Box 1697,    Winterville, NC 28590-1697
13173599       +Worlds Foremost Bank (Cabela's),    4800 Nw 1st St Ste 300,    Lincoln, NE 68521-4463
13173600       +Worlds Foremost Bank N,    4800 Nw 1st St Ste 300,    Lincoln, NE 68521-4463

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 22 2017 01:19:46
                 Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,    Houston, TX  77210-4457
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 22 2017 01:13:42
                 PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13173556        E-mail/Text: WFB.Bankruptcy@cabelas.com Apr 22 2017 01:13:30      Cabela's Club Visa,
                 WFB Visa Center,    PO Box 82608,    Lincoln, NE 68501-2608
13173557       +E-mail/Text: cms-bk@cms-collect.com Apr 22 2017 01:11:53       Capital Management Services, L.P.,
                 726 Exchange St. Suite 700,    Buffalo, NY 14210-1464
13178587        E-mail/Text: mrdiscen@discover.com Apr 22 2017 01:11:38      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13173565       +E-mail/Text: mrdiscen@discover.com Apr 22 2017 01:11:38      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
13173568       +E-mail/Text: ally@ebn.phinsolutions.com Apr 22 2017 01:11:37      G M A C,    Po Box 535160,
                 Pittsburgh, PA 15253-5160
13173569       +E-mail/PDF: gecsedi@recoverycorp.com Apr 22 2017 01:14:07      Gemb/Care Credit,    Po Box 981439,
                 El Paso, TX 79998-1439
13173570       +E-mail/PDF: gecsedi@recoverycorp.com Apr 22 2017 01:14:07      Gemb/Jcp,    Po Box 984100,
                 El Paso, TX 79998
13173571       +E-mail/PDF: gecsedi@recoverycorp.com Apr 22 2017 01:13:50      Gemb/Select Comfort,
                 Po Box 981439,    El Paso, TX 79998-1439
13225888        E-mail/PDF: rmscedi@recoverycorp.com Apr 22 2017 01:14:11      Granite Recovery LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
```

```
District/off: 0315-2           User: jhel                 Page 2 of 3                  Date Rcvd: Apr 21, 2017
                               Form ID: pdf900            Total Noticed: 62
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13173574        E-mail/Text: rita.robles@key.com Apr 22 2017 01:11:52      Key Equipment,   PO Box 74713,
                 Cleveland, OH 44194-0796
13265403       +E-mail/Text: rita.robles@key.com Apr 22 2017 01:11:52      Key Equipment Finance Inc,
                 1000 S. McCaslin Blvd,   Superior, CO 80027-9437
13173577        E-mail/Text: camanagement@mtb.com Apr 22 2017 01:11:54     M & T Bank,   1 Fountain Plaza,
                 Buffalo, NY 14203
13173576        E-mail/Text: camanagement@mtb.com Apr 22 2017 01:11:54     M & T Bank,   PO Box 62182,
                 Baltimore, MD 21264
13226404        E-mail/Text: camanagement@mtb.com Apr 22 2017 01:11:54     M&T Bank,   P.O. Box 1288,
                 Buffalo, NY 14240
13537078        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 22 2017 01:19:46      Midland Funding LLC,
                 by American InfoSource LP as agent,   PO Box 4457,   Houston, TX 77210-4457
13173582       +E-mail/Text: lauriem@newalliancefcu.com Apr 22 2017 01:13:30      New Alliance Fcu,
                 835 Merchant St,   Ambridge, PA 15003-2398
13251773        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 22 2017 01:14:14
                 Portfolio Recovery Associates, LLC.,   PO Box 41067,   Norfolk, VA 23541
13173586       +E-mail/Text: creditreconciliation@peoples.com Apr 22 2017 01:12:31      Peoples United Bank,
                 850 Main St,   Bridgeport, CT 06604-4904
13246265        E-mail/Text: WFB.Bankruptcy@cabelas.com Apr 22 2017 01:13:30     WORLD'S FOREMOST BANK,
                 CABELA'S CLUB VISA,   PO BOX 82609,   LINCOLN, NE 68501-2609
13173599       +E-mail/Text: WFB.Bankruptcy@cabelas.com Apr 22 2017 01:13:30
                 Worlds Foremost Bank (Cabela's),   4800 Nw 1st St Ste 300,   Lincoln, NE 68521-4463
13173600       +E-mail/Text: WFB.Bankruptcy@cabelas.com Apr 22 2017 01:13:30     Worlds Foremost Bank N,
                 4800 Nw 1st St Ste 300,   Lincoln, NE 68521-4463
                                                                                              TOTAL: 23

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CITIFINANCIAL, INC.
cr              M&T BANK
cr              M&T Bank
13323604        CITI POB 183071 COLUMBUS OH 43218
cr*            ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,   ARLINGTON TX 76096-3853
                 (address filed with court:  AmeriCredit Financial Services, Inc.,   PO Box 183853,
                 Arlington, TX  76096)
cr*            ++M&T BANK,   LEGAL DOCUMENT PROCESSING,   1100 WHERLE DRIVE,   WILLIAMSVILLE NY 14221-7748
                 (address filed with court:  M&T BANK,   PO Box 1288,   Buffalo, NY  14240-1288)
13180869*      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,   ARLINGTON TX 76096-3853
                 (address filed with court:  Americredit Financial Services, Inc.,   PO Box 183853,
                 Arlington TX 76096)
13173555       ##+Bank Of America,   301 Rockerimmon Blvd,   Colorado Springs, CO 80919-2303
13173567        ##Financial Asset Management Systems, Inc.,   PO Box 451409,   Atlanta, GA 31145-9409
                                                                              TOTALS: 4, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    M&T BANK agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Ann E. Swartz    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com
              James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com

```
District/off: 0315-2          User: jhel              Page 3 of 3            Date Rcvd: Apr 21, 2017
                              Form ID: pdf900         Total Noticed: 62
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Joshua I. Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          Louis R. Pomerico    on behalf of Debtor Jon P. Freed, Jr. info@pomericolaw.com, pmcarr1920@outlook.com;loupom@aol.com
          Louis R. Pomerico    on behalf of Joint Debtor Sherry L. Freed info@pomericolaw.com, pmcarr1920@outlook.com;loupom@aol.com
          Marisa Myers Cohen    on behalf of Creditor    M&T BANK mcohen@mwc-law.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                         TOTAL: 10

Case 11-25634-GLT    Doc 99    Filed 04/23/17    Entered 04/24/17 00:51:46    Desc Imaged
Certificate of Notice    Page 8 of 8