**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Jon P. Freed Jr.** | Social Security number or ITIN  **xxx–xx–6880** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Sherry L. Freed** | Social Security number or ITIN  **xxx–xx–1552** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **11–25634–GLT** | |

# Order of Discharge                                                                                                               12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jon P. Freed Jr.                                                    Sherry L. Freed
aka Jon Freed                                                      aka Sherry Freed

5/22/17                                                                **By the court:**    Gregory L. Taddonio
                                                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W **Chapter 13 Discharge** page 2

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                         Case No. 11-25634-GLT
Jon P. Freed                                                   Chapter 13
Sherry L. Freed
       Debtors               CERTIFICATE OF NOTICE
District/off: 0315-2          User: culy                  Page 1 of 3                   Date Rcvd: May 22, 2017
                              Form ID: 3180W              Total Noticed: 65


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2017.
db/jdb         +Jon P. Freed, Jr.,    Sherry L. Freed,    691 Landis Rd.,    Freedom, PA 15042-9338
cr             +Duquesne Light Company,    1901 Edison St.,    Glenshaw, PA 15116-1731
13173575       +CAPITAL ONE NA,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas TX 75374-0933
13173564      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citi,    Po Box 183071,    Columbus, OH  43218-3071)
13173563      ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
                (address filed with court: Citifinancial,    300 Saint Paul Pl,    Baltimore, MD 21202)
13249163        Duquesne Light Company,    c/o Bernstein Law Firm, P.C.,    Suite 2200, Gulf Tower,
                 Pittsburgh, PA  15219
13173566       +EIS,   2323 Lake Club Dr., Ste 300,    Columbus, OH 43232-3205
13173572        IC Commercial Services,    c/o Key Bank,    PO Box 74713,    Cleveland, OH  44194-0796
13173573       +J Deere Crdt,    8402 Excelsior Dr.,    Madison, WI 53717-1909
13173579       +MeriCap Credit,    3333 Warrenville Rd.,    Suite 325,    Lisle, IL 60532-1928
13173580       +National City Card Ser,    1 National City Pkwy,    Kalamazoo, MI 49009-8003
13173581       +Nationalbk,    Po Box94982 Attcredit Bur Disp Loc# 01-,    Cleveland, OH 44101-4982
13173583       +Northland Group Inc.,    PO Box 390905,    Minneapolis, MN 55439-0905
13173584       +One Main Financial f/k/a Citifinancial,    109 Wagner Rd.,    Monaca, PA 15061-2457
13173585        Peoples Home Savings,    744 Chinanego Rd,    Beaver Falls, PA 15010
13173587       +Pnc Bank,    1 National City Pkwy,    Kalamazoo, MI 49009-8002
13177426       +RBS Citizens,    480 Jefferson Blvd,    RJE 135,    Warwick RI 02886-1359
13173588       +Rbs Citizens Na (CITIZENS),    1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
13173589       +Richard J Boudreau & Associates, LLC,    5 Industrial Way,    Salem, NH 03079-4866
13173590       +Robert & Veronica Springer,    d/b/a Springer Truck Service,    342 Holt Rd.,
                 Aliquippa, PA 15001-9123
13173592       +Tract/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
13173594        UPMC Passavent,    PO Box 382059,    Pittsburgh, PA 15250-8059
13173595        UPMC Physicians Services,    PO Box 371980,    Pittsburgh, PA 15250-7980
13173596       +Wachovia Dealer Services,    PO Box 6700,    Rancho Cucamonga, CA 91729-6700
13173598       +Wfds/Wds (WACHOVIA),    Po Box 1697,    Winterville, NC 28590-1697

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 23 2017 01:22:07     Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr              EDI: AIS.COM May 23 2017 01:03:00      Midland Funding LLC by American InfoSource LP as a,
                 PO Box 4457,   Houston, TX  77210-4457
cr             +EDI: PRA.COM May 23 2017 01:03:00      PRA Receivables Management, LLC,    PO Box 41067,
                 Norfolk, VA 23541-1067
13173553        EDI: PHINAMERI May 23 2017 01:04:00      Americredit,   PO Box 183593,
                 Arlington, TX 76096-3593
13180869        EDI: PHINAMERI May 23 2017 01:04:00      Americredit Financial Services, Inc.,
                 PO Box 183853,   Arlington TX 76096
13173554       +EDI: AMEREXPR.COM May 23 2017 01:04:00      Amex,   Po Box 297871,
                 Fort Lauderdale, FL 33329-7871
13173555       +EDI: BANKAMER.COM May 23 2017 01:04:00      Bank Of America,    301 Rockerimmon Blvd,
                 Colorado Springs, CO 80919-2303
13173556        E-mail/Text: WFB.Bankruptcy@cabelas.com May 23 2017 01:23:23     Cabela’s Club Visa,
                 WFB Visa Center,   PO Box 82608,   Lincoln, NE 68501-2608
13173557       +E-mail/Text: cms-bk@cms-collect.com May 23 2017 01:21:52     Capital Management Services, L.P.,
                 726 Exchange St. Suite 700,   Buffalo, NY 14210-1464
13173558       +EDI: CHASE.COM May 23 2017 01:04:00      Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13173559       +EDI: CHASE.COM May 23 2017 01:04:00      Chase,   800 Brooksedge Blvd,
                 Westerville, OH 43081-2822
13208319        EDI: CHASE.COM May 23 2017 01:04:00      Chase Bank USA, N.A.,    PO Box 15145,
                 Wilmington, DE 19850-5145
13173560       +EDI: CHASE.COM May 23 2017 01:04:00      Chase Bank Usa, Na,    Po Box 15298,
                 Wilmington, DE 19850-5298
13173561       +EDI: CITICORP.COM May 23 2017 01:04:00      Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
13173562       +EDI: CITICORP.COM May 23 2017 01:04:00      Citi (Simplicity),    Po Box 6241,
                 Sioux Falls, SD 57117-6241
13173597        EDI: RCSDELL.COM May 23 2017 01:03:00      Webbank/Dfs,    12234 N Ih 35 Sb Bldg B,
                 Austin, TX 78753
13178587        EDI: DISCOVER.COM May 23 2017 01:04:00      Discover Bank,   DB Servicing Corporation,
                 PO Box 3025,   New Albany, OH  43054-3025
13173565       +EDI: DISCOVER.COM May 23 2017 01:04:00      Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington, DE 19850-5316
13173568       +EDI: GMACFS.COM May 23 2017 01:03:00      G M A C,   Po Box 535160,    Pittsburgh, PA 15253-5160
13173569       +EDI: RMSC.COM May 23 2017 01:04:00      Gemb/Care Credit,    Po Box 981439,
                 El Paso, TX 79998-1439
13173570        EDI: RMSC.COM May 23 2017 01:04:00      Gemb/Jcp,   Po Box 984100,    El Paso, TX 79998
13173571       +EDI: RMSC.COM May 23 2017 01:04:00      Gemb/Select Comfort,    Po Box 981439,
                 El Paso, TX 79998-1439
```

```
District/off: 0315-2          User: culy               Page 2 of 3           Date Rcvd: May 22, 2017
                              Form ID: 3180W           Total Noticed: 65

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13225888         EDI: RECOVERYCORP.COM May 23 2017 01:03:00      Granite Recovery LLC,
                  c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13173574         E-mail/Text: rita.robles@key.com May 23 2017 01:21:51      Key Equipment,    PO Box 74713,
                  Cleveland, OH 44194-0796
13265403        +E-mail/Text: rita.robles@key.com May 23 2017 01:21:51      Key Equipment Finance Inc,
                  1000 S. McCaslin Blvd,    Superior, CO 80027-9437
13173577         E-mail/Text: camanagement@mtb.com May 23 2017 01:21:52      M & T Bank,   1 Fountain Plaza,
                  Buffalo, NY 14203
13173576         E-mail/Text: camanagement@mtb.com May 23 2017 01:21:52      M & T Bank,    PO Box 62182,
                  Baltimore, MD 21264
13226404         E-mail/Text: camanagement@mtb.com May 23 2017 01:21:52      M&T Bank,    P.O. Box 1288,
                  Buffalo, NY 14240
13173578        +EDI: TSYS2.COM May 23 2017 01:04:00      Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
13537078         EDI: AIS.COM May 23 2017 01:03:00      Midland Funding LLC,    by American InfoSource LP as agent,
                  PO Box 4457,    Houston, TX  77210-4457
13173582        +E-mail/Text: lauriem@newalliancefcu.com May 23 2017 01:23:23      New Alliance Fcu,
                  835 Merchant St,    Ambridge, PA 15003-2398
13318357         EDI: AGFINANCE.COM May 23 2017 01:03:00      OneMain Financial asf CitiFinancial Inc,
                  P.O. Box 70911,    Charlotte, NC 28272-0911
13251773         EDI: PRA.COM May 23 2017 01:03:00      Portfolio Recovery Associates, LLC.,    PO Box 41067,
                  Norfolk, VA 23541
13173586        +E-mail/Text: creditreconciliation@peoples.com May 23 2017 01:22:26      Peoples United Bank,
                  850 Main St,    Bridgeport, CT 06604-4904
13173591        +EDI: SEARS.COM May 23 2017 01:04:00      Sears/Cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
13173593        +EDI: CITICORP.COM May 23 2017 01:04:00     Unvl/Citi,    Po Box 6241,
                  Sioux Falls, SD 57117-6241
13246265         E-mail/Text: WFB.Bankruptcy@cabelas.com May 23 2017 01:23:23      WORLD’S FOREMOST BANK,
                  CABELA’S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
13185178         EDI: WFFC.COM May 23 2017 01:04:00      Wells Fargo Dealer Services, Inc.,    PO Box 19657,
                  Irvine, CA 92623-9657
13173599        +E-mail/Text: WFB.Bankruptcy@cabelas.com May 23 2017 01:23:23
                  Worlds Foremost Bank (Cabela’s),    4800 Nw 1st St Ste 300,    Lincoln, NE 68521-4463
13173600        +E-mail/Text: WFB.Bankruptcy@cabelas.com May 23 2017 01:23:23      Worlds Foremost Bank N,
                  4800 Nw 1st St Ste 300,    Lincoln, NE 68521-4463
                                                                                              TOTAL: 40

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CITIFINANCIAL, INC.
cr              M&T BANK
cr              M&T Bank
cr              RBS Citizens
13323604        CITI POB 183071 COLUMBUS OH 43218
cr*            ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court:  AmeriCredit Financial Services, Inc.,     PO Box 183853,
                  Arlington, TX  76096)
cr*            ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    1100 WHERLE DRIVE,    WILLIAMSVILLE NY 14221-7748
                (address filed with court:  M&T BANK,    PO Box 1288,    Buffalo, NY  14240-1288)
13173567        ##Financial Asset Management Systems, Inc.,    PO Box 451409,    Atlanta, GA 31145-9409
                                                                                   TOTALS: 5, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2           User: culy                 Page 3 of 3            Date Rcvd: May 22, 2017
                               Form ID: 3180W             Total Noticed: 65
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor   M&T BANK agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Ann E. Swartz    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com
              Daniel Mark Campbell    on behalf of Creditor    RBS Citizens dcampbell@hunton.com,
               sklein@hunton.com
              James  Warmbrodt     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Louis R. Pomerico    on behalf of Debtor Jon P. Freed, Jr. info@pomericolaw.com,
               pmcarr1920@outlook.com;loupom@aol.com;r50803@notify.bestcase.com
              Louis R. Pomerico    on behalf of Joint Debtor Sherry L. Freed info@pomericolaw.com,
               pmcarr1920@outlook.com;loupom@aol.com;r50803@notify.bestcase.com
              Marisa Myers Cohen    on behalf of Creditor    M&T BANK mcohen@mwc-law.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 11
```