IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
5/22/17 11:13 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
JON P. FREED, JR.
SHERRY L. FREED
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:11-25634

Chapter 13

Related to Dkt. No. 92

ORDER OF COURT

AND NOW, this ___22nd___ day of ___May___, 20_17_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

Prepared by: _Ronda J. Winnecour, Esq._

**DEFAULT ENTRY**

Dated: May 22, 2017

_____jah
Gregory L. Taddonio
United States Bankruptcy Judge

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                             Case No. 11-25634-GLT
Jon P. Freed                                                       Chapter 13
Sherry L. Freed
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0315-2          User: culy               Page 1 of 3                  Date Rcvd: May 22, 2017
                              Form ID: pdf900          Total Noticed: 62


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2017.
db/jdb        +Jon P. Freed, Jr.,    Sherry L. Freed,    691 Landis Rd.,    Freedom, PA 15042-9338
cr            +Duquesne Light Company,    1901 Edison St.,    Glenshaw, PA 15116-1731
13173553     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court: Americredit,     PO Box 183593,    Arlington, TX 76096-3593)
13173554      +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
13173575      +CAPITAL ONE NA,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,   Dallas TX 75374-0933
13173564     ++CITIBANK,    PO BOX 790034,   ST LOUIS MO 63179-0034
              (address filed with court: Citi,    Po Box 183071,    Columbus, OH 43218-3071)
13173563     ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
              (address filed with court: Citifinancial,     300 Saint Paul Pl,    Baltimore, MD 21202)
13173558      +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13173559      +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
13208319       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
13173560      +Chase Bank Usa, Na,    Po Box 15298,    Wilmington, DE 19850-5298
13173561      +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
13173562      +Citi (Simplicity),    Po Box 6241,    Sioux Falls, SD 57117-6241
13173597     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court: Webbank/Dfs,     12234 N Ih 35 Sb Bldg B,    Austin, TX 78753)
13249163       Duquesne Light Company,    c/o Bernstein Law Firm, P.C.,    Suite 2200, Gulf Tower,
                Pittsburgh, PA 15219
13173566      +EIS,   2323 Lake Club Dr., Ste 300,    Columbus, OH 43232-3205
13173572       IC Commercial Services,    c/o Key Bank,    PO Box 74713,    Cleveland, OH 44194-0796
13173573      +J Deere Crdt,    8402 Excelsior Dr.,    Madison, WI 53717-1909
13173578      +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
13173579      +MeriCap Credit,    3333 Warrenville Rd.,    Suite 325,    Lisle, IL 60532-1928
13173580      +National City Card Ser,    1 National City Pkwy,    Kalamazoo, MI 49009-8003
13173581      +Nationalbk,    Po Box94982 Attcredit Bur Disp Loc# 01-,    Cleveland, OH 44101-4982
13173583      +Northland Group Inc.,    PO Box 390905,    Minneapolis, MN 55439-0905
13173584      +One Main Financial f/k/a Citifinancial,    109 Wagner Rd.,    Monaca, PA 15061-2457
13173585       Peoples Home Savings,    744 Chinanego Rd,    Beaver Falls, PA 15010
13173587      +Pnc Bank,    1 National City Pkwy,    Kalamazoo, MI 49009-8002
13177426      +RBS Citizens,    480 Jefferson Blvd,    RJE 135,    Warwick RI 02886-1359
13173588      +Rbs Citizens Na (CITIZENS),    1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
13173589      +Richard J Boudreau & Associates, LLC,    5 Industrial Way,    Salem, NH 03079-4866
13173590      +Robert & Veronica Springer,    d/b/a Springer Truck Service,    342 Holt Rd.,
                Aliquippa, PA 15001-9123
13173591      +Sears/Cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
13173592      +Tract/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
13173594       UPMC Passavent,    PO Box 382059,    Pittsburgh, PA 15250-8059
13173595       UPMC Physicians Services,    PO Box 371980,    Pittsburgh, PA 15250-7980
13173593      +Unvl/Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
13173596      +Wachovia Dealer Services,    PO Box 6700,    Rancho Cucamonga, CA 91729-6700
13185178       Wells Fargo Dealer Services, Inc.,    PO Box 19657,    Irvine, CA 92623-9657
13173598      +Wfds/Wds (WACHOVIA),    Po Box 1697,    Winterville, NC 28590-1697

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 23 2017 03:29:51
                Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,    Houston, TX 77210-4457
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 23 2017 01:28:47
                PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13173556       E-mail/Text: WFB.Bankruptcy@cabelas.com May 23 2017 01:23:23     Cabela’s Club Visa,
                WFB Visa Center,    PO Box 82608,    Lincoln, NE 68501-2608
13173557      +E-mail/Text: cms-bk@cms-collect.com May 23 2017 01:21:52     Capital Management Services, L.P.,
                726 Exchange St. Suite 700,    Buffalo, NY 14210-1464
13178587       E-mail/Text: mrdiscen@discover.com May 23 2017 01:21:38     Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
13173565      +E-mail/Text: mrdiscen@discover.com May 23 2017 01:21:38     Discover Fin Svcs Llc,
                Po Box 15316,    Wilmington, DE 19850-5316
13173568      +E-mail/Text: ally@ebn.phinsolutions.com May 23 2017 01:21:37     G M A C,    Po Box 535160,
                Pittsburgh, PA 15253-5160
13173569      +E-mail/PDF: gecsedi@recoverycorp.com May 23 2017 01:15:48     Gemb/Care Credit,    Po Box 981439,
                El Paso, TX 79998-1439
13173570      +E-mail/PDF: gecsedi@recoverycorp.com May 23 2017 01:15:48     Gemb/Jcp,    Po Box 984100,
                El Paso, TX 79998
13173571      +E-mail/PDF: gecsedi@recoverycorp.com May 23 2017 01:16:08     Gemb/Select Comfort,
                Po Box 981439,    El Paso, TX 79998-1439
13225888       E-mail/PDF: rmscedi@recoverycorp.com May 23 2017 01:16:11     Granite Recovery LLC,
                c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13173574       E-mail/Text: rita.robles@key.com May 23 2017 01:21:51     Key Equipment,    PO Box 74713,
                Cleveland, OH 44194-0796
13265403      +E-mail/Text: rita.robles@key.com May 23 2017 01:21:51     Key Equipment Finance Inc,
                1000 S. McCaslin Blvd,    Superior, CO 80027-9437
```

```
District/off: 0315-2          User: culy               Page 2 of 3                    Date Rcvd: May 22, 2017
                              Form ID: pdf900          Total Noticed: 62

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13173577       E-mail/Text: camanagement@mtb.com May 23 2017 01:21:52        M & T Bank,    1 Fountain Plaza,
                Buffalo, NY 14203
13173576       E-mail/Text: camanagement@mtb.com May 23 2017 01:21:52        M & T Bank,    PO Box 62182,
                Baltimore, MD 21264
13226404       E-mail/Text: camanagement@mtb.com May 23 2017 01:21:52        M&T Bank,    P.O. Box 1288,
                Buffalo, NY 14240
13537078       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 23 2017 03:29:51         Midland Funding LLC,
                by American InfoSource LP as agent,     PO Box 4457,    Houston, TX 77210-4457
13173582      +E-mail/Text: lauriem@newalliancefcu.com May 23 2017 01:23:23        New Alliance Fcu,
                835 Merchant St,    Ambridge, PA 15003-2398
13318357       E-mail/PDF: cbp@onemainfinancial.com May 23 2017 01:15:45
                OneMain Financial Inc,    asf CitiFinancial,    P.O. Box 70911,    Charlotte, NC 28272-0911
13251773       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 23 2017 01:29:25
                Portfolio Recovery Associates, LLC.,     PO Box 41067,    Norfolk, VA 23541
13173586      +E-mail/Text: creditreconciliation@peoples.com May 23 2017 01:22:27         Peoples United Bank,
                850 Main St,    Bridgeport, CT 06604-4904
13246265       E-mail/Text: WFB.Bankruptcy@cabelas.com May 23 2017 01:23:23        WORLD'S FOREMOST BANK,
                CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
13173599      +E-mail/Text: WFB.Bankruptcy@cabelas.com May 23 2017 01:23:23
                Worlds Foremost Bank (Cabela's),     4800 Nw 1st St Ste 300,    Lincoln, NE 68521-4463
13173600      +E-mail/Text: WFB.Bankruptcy@cabelas.com May 23 2017 01:23:23        Worlds Foremost Bank N,
                4800 Nw 1st St Ste 300,    Lincoln, NE 68521-4463
                                                                                               TOTAL: 24

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             CITIFINANCIAL, INC.
cr             M&T BANK
cr             M&T Bank
cr             RBS Citizens
13323604       CITI POB 183071 COLUMBUS OH 43218
cr*           ++AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court:   AmeriCredit Financial Services, Inc.,    PO Box 183853,
                Arlington, TX 76096)
cr*           ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    1100 WHERLE DRIVE,    WILLIAMSVILLE NY 14221-7748
               (address filed with court:   M&T BANK,    PO Box 1288,    Buffalo, NY 14240-1288)
13180869*     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court:   Americredit Financial Services, Inc.,    PO Box 183853,
                Arlington TX 76096)
13173555     ##+Bank Of America,    301 Rockerimmon Blvd,    Colorado Springs, CO 80919-2303
13173567      ##Financial Asset Management Systems, Inc.,     PO Box 451409,    Atlanta, GA 31145-9409
                                                                                 TOTALS: 5, * 3, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2017 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    M&T BANK agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Ann E. Swartz    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com
          Daniel Mark Campbell    on behalf of Creditor    RBS Citizens dcampbell@hunton.com,
           sklein@hunton.com
```

```
District/off: 0315-2          User: culy              Page 3 of 3              Date Rcvd: May 22, 2017
                              Form ID: pdf900         Total Noticed: 62


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              James   Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Louis R. Pomerico    on behalf of Debtor Jon P. Freed, Jr. info@pomericolaw.com,
               pmcarr1920@outlook.com;loupom@aol.com;r50803@notify.bestcase.com
              Louis R. Pomerico    on behalf of Joint Debtor Sherry L. Freed info@pomericolaw.com,
               pmcarr1920@outlook.com;loupom@aol.com;r50803@notify.bestcase.com
              Marisa Myers Cohen    on behalf of Creditor    M&T BANK mcohen@mwc-law.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 11
```